

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-24-00041-CV

---

MELISSA CARRASCO, APPELLANT

V.

F&W RENTAL, L.L.C., RICK WEST, AND CARRIE WEST, APPELLEES

---

On Appeal from the 251st District Court
Randall County, Texas
Trial Court No. 82724C, Honorable Ana Estevez, Presiding

---

April 4, 2024

## MEMORANDUM OPINION

Before QUINN, C. J., and DOSS and YARBROUGH, JJ.

Appellant, Melissa Carrasco, appeals from the trial court's *Order Granting Partial Summary Judgment*. The clerk's record was due February 26, 2024, but was not filed because Carrasco failed to make payment arrangements for the record. *See* TEX. R. APP. P. 35.3(a)(2). By letter of February 26, 2024, we directed Carrasco to pay for the clerk's record by March 7 or the appeal would be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b). To date, Carrasco has neither made payment arrangements for the clerk's record nor filed a response explaining the omission.

Consequently, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(b).

Per Curiam